PROB 12A
(REVISED 5/2011)

# United States District Court
for
## Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: <u>Candice Ateaya Jones</u>　　Case Number: <u>3:13-00071-01</u>

Name of Sentencing Judicial Officer: <u>Honorable Sean F. Cox, United States District Judge (ED/MI)</u>

Name of Current Judicial Officer: <u>Honorable Kevin H. Sharp, United States District Judge</u>

Date of Original Sentence: <u>October 23, 2009</u>

Original Offense: <u>21 U.S.C. § 846 Attempt to Possess with Intent to Distribute a Controlled Substance</u>

Original Sentence: <u>33 months' custody followed by four years' supervised release</u>

Type of Supervision: <u>Supervised release</u>　　Date Supervision Commenced: <u>July 3, 2012</u>

Assistant U.S. Attorney: <u>To be determined</u>　　Defense Attorney: <u>To be determined</u>

---

**THE COURT ORDERS:**

☒ No Action
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

Considered this _10th_ day of _January_, 2014,
and made a part of the records in the above case.

_____
Kevin H. Sharp
U.S. District Judge

I declare under penalty of perjury that
the foregoing is true and correct.
Respectfully submitted,

_____
Kimberly Haney
U.S. Probation Officer

Place　　Nashville, Tennessee

Date　　January 10, 2014

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.   Nature of Noncompliance

1.   **The defendant shall not commit another federal, state, or local crime.**

On December 2, 2013, Candice Jones received a misdemeanor citation for Unlawful Use of Drug Paraphernalia in Nashville, Davidson County, Tennessee. She is scheduled to appear in court on March 24, 2014.

According to the misdemeanor citation, on December 2, 2013, a police officer with the Metropolitan Nashville Police Department (MNPD) stopped a vehicle for running a red light. The officer got consent from the driver to search the vehicle. Upon conducting the search, a crack pipe was located in the back seat on the passenger side. Neither the driver or the passenger, Ms. Jones, claimed the crack pipe. Therefore, both parties were charged with Unlawful Use of Drug Paraphernalia.

**Compliance with Supervision Conditions and Prior Interventions:**

Candice Ateaya Jones started her term of supervised release on July 3, 2012. Her term of supervision expires on July 2, 2016.

On December 2, 2013, Ms. Jones left the probation officer a voicemail, at the time she received the misdemeanor citation, to advise she had contact with law enforcement. She contacted the probation officer later that same day to explain what occurred. Ms. Jones advised that her husband, Alfonzo Corley, who is also on federal supervision, contacted her to ride with him to his grandmother's house to take her some cigarettes. Mr. Corley was allegedly driving a late model Chevrolet Tahoe and Ms. Jones was not sure who the vehicle belonged to, but she got in the car anyway. The couple was pulled over by a MNPD officer near 6th Avenue North and Jefferson Street. A computer check of the license plate revealed the vehicle was wanted for repossession. A subsequent search of the vehicle revealed a crack pipe in the back seat. Mr. Corley did not claim ownership of the crack pipe, and they were both cited.

Ms. Jones was booked on the citation on December 23, 2013, and she is scheduled to appear in court on March 24, 2014. While on supervision, Ms. Jones has not tested positive for any illegal drug use nor has she been arrested for any drug related charges.

**U.S. Probation Officer Recommendation:**

At this time, the probation officer is requesting that no additional action be taken by the Court.

It is recommended Ms. Jones continue on supervised release with increased monitoring by the probation officer. Any further non-compliant behavior will be promptly reported to Your Honor.

The U. S. Attorney's Office has been advised of the offender's noncompliance and concurs with this recommendation

Approved: _____
           Britton Shelton
           Supervisory U.S. Probation Officer